UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Richard J. Silva,

Debtor.

Case No. 18-13128-MSH
Chapter 7

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that Harmon Law Offices, P.C. appears for Quicken Loans, Inc. to represent its interests in this matter.  You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,

Quicken Loans, Inc.,
By its Attorney
/s/Richard T. Mulligan

_____
Richard T. Mulligan
BBO#  567602
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: August 30, 2018



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:                                                    Case No. 18-13128-MSH
                                                         Chapter 7
Richard J. Silva,

Debtor.

CERTIFICATE OF SERVICE

I, Richard T. Mulligan, state that on _August 30, 2018_____, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Quicken Loans, Inc. using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Barry Levine

Joseph G. Butler

John P. Fitzgerald III

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Richard J. Silva
14 Dearborn Street Unit 1
Salem, MA 01970

                                        Respectfully submitted,

                                        Quicken Loans, Inc.,
                                        By its Attorney
                                        /s/Richard T. Mulligan

                                        _____
                                        Richard T. Mulligan
                                        BBO#  567602
                                        Harmon Law Offices, P.C.
                                        PO Box 610389
                                        Newton Highlands, MA 02461
                                        (617)558-0500
                                        mabk@harmonlaw.com

Dated: August 30, 2018