UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | CASE NO. 18-13128-MSH |
| ) | |
| Richard J.Silva. ) | CHAPTER 7 |
| DEBTOR ) | |
| ) | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned appears for **Mary Rees** and, pursuant to Bankruptcy Rules 9010(b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon the undersigned on behalf of said creditor.

Respectfully Submitted,
Mary Rees,
By its Attorney,

*/s/ Kenneth E. Lindauer*
Kenneth E. Lindauer, BBO #300540
Law Offices of Kenneth E. Lindauer
14 Lynde Street
Salem, MA 01970-3404
(978) 744-5861
Dated: October 6, 2018        ken@lindauerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2018, I electronically filed the foregoing Notice of Appearance and Request for Service of Papers with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Office of the United States Trustee
USTPRegion01.BO.ECF@&USDOJ.GOV

Joseph G. Butler, Chapter 7 Trustee
JGB@JGBButlerlaw.comm

Barry R. Levine, Esquire on behalf of Debtor
barry@levinelawoffice.comt

I further certify that I mailed a copy of the foregoing Notice of Appearance and Request for Service of Papers, via first class postage prepaid mail, to the following non-CM/ECF participant:

Mary Rees, 509 Srewart Street, Englewood, FL 34223


Dated: October 6, 2018                /s/ Kenneth E. Lindauer
                                      Kenneth E. Lindauer, BBO #300540