UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Richard J. Silva<br><br>Debtors. | Chapter 7<br>Case No. 18-13128-MSH |

### STATUS REPORT

Joseph G. Butler, as chapter 7 trustee (the "Trustee") of the estate of Richard J. Silva (the "Debtor"), submits this status report pursuant to the Court's September 11, 2019 order.

1. On August 16, 2018, (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under chapter 7 of the United States Bankruptcy Code (11 U.S.C. §§101, et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

2. On August 17, 2018, Joseph G. Butler was appointed as the chapter 7 Trustee.

3. The claims bar date in the case passed on November 20, 2018. There are a total of ten claims filed in the case, in the total amount of $1,316,089.67. All of the claims were filed as general unsecured claims.

4. The two largest claims were filed by Peter B. Trowt ($710,601.65) and Beverly Storage Warehouse and Trailer Leasing, Inc. ($493,385.42).

5. Among the assets of the estate are the Debtor's 50% interest in Beverly Storage Warehouse and Trailer Leasing, Inc., which the Debtor's schedules state had an estimated value of $750,000 as of the Petition Date, and the Debtor's 50% beneficial interest in the One Hundred Forty Five Rear Hall Street Realty Trust, which the Debtor's schedules state had an estimated value of $250,000 as of the Petition Date.

6. The One Hundred Forty Five Rear Hall Street Realty Trust is the title holder to the real property where Beverly Storage Warehouse and Trailer Leasing, Inc. conducts its business. Peter B. Trowt is the other 50% shareholder of Beverly Storage Warehouse and Trailer Leasing, Inc. and the other 50% beneficiary of the One Hundred Forty Five Rear Hall Street Realty Trust.

7. The Trustee has been provided, by Peter B. Trowt, with a recent appraisal of the real property owned by The One Hundred Forty Five Rear Hall Street Realty Trust which states that the value of the real property is $580,000.00.

8. The Trustee has been negotiating with counsel to Peter B. Trowt concerning either a purchase by Trowt of the Estate's stock interest in Beverly Storage Warehouse and Trailer Leasing, Inc. and beneficial interest in the One Hundred Forty Five Rear Hall Street Realty Trust.

9. If the Trustee is unable to reach an agreement with Peter B. Trowt on a sale of the Estate's interests to Peter B. Trowt, or a sale by Beverly Storage Warehouse and Trailer Leasing, Inc. and the One Hundred Forty Five Rear Hall Street Realty Trust of their assets and a distribution of the proceeds to the shareholders and beneficiaries, the Trustee intends to commence litigation to force a sale of the company's and the Trust's assets.

10. The Trustee currently has no funds in the estate.

11. The Trustee estimates that final report will be filed with the Office of the United States Trustee on or about September 30, 2020.

October 11, 2019                    /s/Joseph G. Butler
                                    Joseph G. Butler, As Chapter 7 Trustee of
                                    Richard J. Silva
                                    c/o Law Office of Joseph G. Butler
                                    355 Providence Highway
                                    Westwood, MA 02090
                                    781 636 3638
                                    JGB@JGButlerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>Richard J. Silva<br><br>Debtor. | Chapter 7<br>Case No. 18-13128-MSH |
|---|---|

CERTIFICATE OF SERVICE

I, Joseph G. Butler, do hereby certify that on October 11, 2019, I served the Status Report of Chapter 7 Trustee on the persons on the attached service list via the Court's electronic filing system.

Signed under the penalties of perjury October 11, 2019.

/s/ Joseph G. Butler
Joseph G. Butler

Service List
Richard J. Silva
Case no. 18-13128-MSH

**VIA ECF**

- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Barry R. Levine    barry@levinelawoffice.com, kathy@levinelawoffice.com;levinelawecfmail@gmail.com;r39812@notify.bestcase.com
- Kenneth E. Lindauer    ken@lindauerlaw.com, kenlindauer@ecf.courtdrive.com;bklindauer@gmail.com;notices@uprightlaw.com;lindauerkr81846@notify.bestcase.com
- Martin A. Mooney    acarmany@schillerknapp.com, kcollins@schillerknapp.com;bfisher@schillerknapp.com
- Richard T. Mulligan    mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com
- Christopher W. Parker    cparker@metaxasbrown.com, smcsweeney@metaxasbrown.com
- Phil A. Taylor    ecf@taylorlawoffice.us